IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS,<br><br>    Plaintiff,<br><br>    v.<br><br>D. BANUELOS, et al.,<br><br>    Defendants. | No. 2:19-CV-1683-MCE-DMC-P<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for leave to proceed in forma pauperis (ECF No. 7).

Plaintiff has not made the showing required by 28 U.S.C. § 1915(a). Specifically, plaintiff's prison trust account statement indicates he currently has $2,300.66 on account. See ECF No. 6. Therefore, plaintiff's declaration fails to demonstrate that he is unable to pay the filing fees.

/ / /

/ / /

/ / /

/ / /

/ / /

Based on the foregoing, the undersigned recommends that plaintiff's motion for leave to proceed in forma pauperis (ECF No. 7) be denied and that plaintiff be required to pay the filing fees in full before this action may proceed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, any party may file written objections with the court. Responses to objections shall be filed within 14 days after service of objections. Failure to file objections within the specified time may waive the right to appeal. See <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 30, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE