IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS, | No. 2:19-CV-1683-MCE-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| D. BANUELOS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the District Judge's February 19, 2020, order, plaintiff shall pay the filings fees for this action in full within 30 days of the date of this order. Plaintiff is cautioned that failure to comply may result in dismissal of the action. See Local Rule 110.

IT IS SO ORDERED.

Dated: February 25, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1