# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS, | No. 2:19-CV-1683-MCE-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| DD. BANUELOS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's motion for a stay of proceedings. See ECF No. 18. Also before the Court is plaintiff's motion to consolidate, see ECF No. 21, which will be addressed separately.

In his motion to stay proceedings, plaintiff states that he has been transferred to the California Health Care Facility for mental health treatment. See id. According to plaintiff, his stay is expected to be short. See id. Because plaintiff does not anticipate an extended stay due to mental health treatment, the Court declines to stay the proceedings in their entirety. Rather, the Court will grant plaintiff an extension of time to comply with the District Judge's February 19, 2020, order, see ECF No. 15, requiring plaintiff to pay the filing fees for this action in full.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a stay of proceedings (ECF No. 18) is denied; and

2. Plaintiff is granted an extension of time to 60 days from the date of this order to pay the filing fees in full.

Dated: April 27, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE