# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS,<br><br>    Plaintiff,<br><br>    v.<br><br>D. BANUELOS, et al.,<br><br>    Defendants. | No. 2:19-CV-1683-MCE-DMC-P<br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 25, for a competency hearing. Also, before the Court is Plaintiff's motion, ECF No. 28, to file under seal a declaration in support of his request for competency hearing.

        Plaintiff asserts that the Court should conduct a competency hearing because it has been determined in the context of another proceeding that he is incompetent. In support of his motion, Plaintiff provides the Court, by way of Exhibit A attached to Plaintiff's request for judicial notice, a June 2020 decision by the Office of Administrative Hearings for the State of California. Exhibit A reflects that the California Department of Corrections and Rehabilitation sought an order authorizing the involuntary medication of Plaintiff to treat a mental disorder. A hearing was held at which Plaintiff was represented by counsel and evidence was admitted. An Administrative Law Judge concluded that Plaintiff presented a danger to self if not medicated and

1

authorized involuntary medication.  The Administrative Law Judge also specifically found that the allegation of grave disability was <u>not</u> supported by sufficient evidence.  Contrary to Plaintiff's assertion, it was not found that Plaintiff lacks capacity.

Given the foregoing, as well as the various filings in this case which reflect that Plaintiff has an adequate understanding of the instant proceedings, the Court finds no basis to order a hearing to determine Plaintiff's competence.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion, ECF No. 25, for a competency hearing is denied; and
2. Plaintiff's motion, ECF No. 28, to file under seal is denied.

Dated:  May 28, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE