IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS, | No. 2:19-CV-1683-MCE-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| D. BANUELOS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 39, to refer the case to Alternative Dispute Resolution (ADR). Plaintiff's motion is granted in that upon the filing of an answer, the case will automatically be referred to the Court's Early ADR program.

IT IS SO ORDERED.

Dated: October 12, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1