Theon Owens
NAME AND C.D.C.R. NO.

HOUSING
185 Corte Maria
ADDRESS
Pittsburg CA 94565
CITY, STATE, ZIP

FILED
MAR 15 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

Case Name: Theon Owens V. D. Banuelos, et al.,

Case Number: 2:19-CV-01683-MCE-DMC

## Notice Of Change Of Address

**OLD ADDRESS:**

Theon Owens
Department Of State Hospitals - Atascadero
10333 El Camino Real
Atascadero, C.A. 93423

**NEW ADDRESS:**

Theon Owens
185 Corte Maria
Pittsburg CA 94565

I arrived at the new address on: March 1, 2022. I Mailed a copy of this "Change of Address" to the below individuals on: March 7, 2022.

1.) Dennis M. Cota, Magistrate Judge
For The United States District Court, For The
Eastern District Of California
501 I St., Ste 4-200
Sacramento, C.A. 95814-2322

2.) Olena Likhachova, Deputy Attorney
General
1300 "I" St., Suite 125
P.O. Box #944255
Sacramento, C.A. 94244-2550

March 7, 2022
DATE

Theon D. Owens / Theon D. Owens
PLAINTIFF'S NAME AND SIGNATURE

# DECLARATION OF SERVICE BY U.S. MAIL

RE: T. OWENS V. D. BANUELOS, et al.,            Case No.: 2:19-CV-01683-MCE-DMC

I, the undersigned, declare that I am older then eighteen years of age. I am a party to the within cause.

I have caused to be served a true copy of the attached Notice Of Change Of Address

on the following, by placing same in an envelope, addressed as followed:

1. Dennis M. Cota, Magistrate Judge, for The United States District Court, for The Eastern District Of California 501 "I" St., Ste. 4-200 Sacramento, CA. 95814-2322

2. Orena Likhachova, Deputy Attorney General, 1300 "I" St., Ste. #125 P.O. Box #944255 Sacramento, CA. 94244-2550

My address is Theon Owens, 185 Corte Maria Pittsburg CA 94565. I am familiar with the institution's mailing practice of collecting and processing correspondence for mailing with the united states postal service. In accordance with that practice each correspondence placed in the internal mail collection system is deposited with the united states postal service, on the following day in the ordinary course of process.

I have read this declaration of service by U.S. Mail and I declare under the penalty of perjury of the laws of the united states that the foregoing is true and correct and that this declaration was executed at the same time of servicing, on March 7 2022, at the Pittsburg, California.

Theon O. Owens / Theon O. Owens
Declarant Name, And Signature.