**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THEON OWENS, | No.  2:19-CV-1683-MCE-DMC-P |
| Plaintiff, | |
| v. | <u>FINDINGS AND RECOMMENDATIONS</u> |
| D. BANUELOS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are Plaintiff's motions, ECF No. 46 and 51, for injunctive relief.

Plaintiff seeks an order directing Jason Black, the Executive Director of Atascadero State Hospital, to release his legal materials.[1]  The Court finds that injunctive relief is not appropriate because Jason Black is not a party to this action.  <u>See</u> <u>Zenith Radio Corp. v. Hazeltine Research, Inc.</u>, 395 U.S. 100, 112 (1969).

/ / /

/ / /

/ / /

---

[1]     While Plaintiff was incarcerated at Atascadero State Hospital when his motions were filed, he has since been released.  <u>See</u> ECF No. 58 (Plaintiff's notice of change of address).

1

1          Based on the foregoing, the undersigned recommends that Plaintiff's motions for

2   injunctive relief, ECF Nos. 46 and 51, be denied.

3          These findings and recommendations are submitted to the United States District

4   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days

5   after being served with these findings and recommendations, any party may file written objections

6   with the Court.  Responses to objections shall be filed within 14 days after service of objections.

7   Failure to file objections within the specified time may waive the right to appeal.  See <u>Martinez v.</u>

8   <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

9

10  Dated:  March 31, 2022

11  
12                            DENNIS M. COTA

                          UNITED STATES MAGISTRATE JUDGE

2