IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. BANUELOS, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-1683-MCE-DMC-P<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 31, 2022, and July 1, 2022, the Magistrate Judge filed separate findings and recommendations herein which were served on the parties and contained notice that the parties may file objections within the time specified therein. ECF Nos. 60, 61. No objections to the March 31, 2022, or July 1, 2022, findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1.　The findings and recommendations filed March 31, 2022, and July 1, 2022, are ADOPTED in full;

1

2. Plaintiff's motions for injunctive relief, ECF Nos. 46 and 51, are DENIED;

3. Defendants' motion for misjoinder and to dismiss, ECF No. 53, is GRANTED;

4. Plaintiff's state law tort claims are DISMISSED with leave to amend;

5. The Clerk of the Court is directed to assign a new case number for the claims against Defendant Brewer only and to file a copy of Plaintiff's first amended complaint, ECF No. 29, under the new case number;

6. All claims in the instant action against Defendant Brewer are DISMISSED;

7. The instant action shall proceed on Plaintiff's claims against Defendants Banuelos, Jimenez, Vang, Haynie, Peterson, and Baker; and

8. Plaintiff shall file a second amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated:  October 6, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE