IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS,<br><br>    Plaintiff,<br><br>    v.<br><br>D. BANUELOS, et al.,<br><br>    Defendants. | No. 2:19-CV-1683-MCE-DMC-P<br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' request, ECF No. 64, for screening of Plaintiff's amended complaint and for an extension of time to file a response thereto.

        Defendants' request will be denied. As Defendants note, this Court is required by the Prison Litigation Reform Act to perform a gate-keeping role of screening complaints brought by prisoners against government officials for sufficiency as soon as feasible upon docketing of the original complaint. The Court has done so in this case and found the complaint appropriate for service. Defendants responded by way of a motion to dismiss, which was granted with leave to amend. Now before the Court is Plaintiff's amended complaint. Having performed its gate-keeping role as mandated by Congress, the Court declines to further screen the operative second amended complaint at ECF No. 63. If Defendants continue to believe that Plaintiff's pleading is insufficient, they are free to raise their arguments by way of proper motion in response to the

second amended complaint.

    Accordingly, IT IS HEREBY ORDERED as follows:

    1. Defendants' request, ECF No. 64, for screening is denied.

    2. Defendants' request, ECF No. 64, for an extension of time to respond to Plaintiff's second amended complaint is granted.

    3. Defendants shall file a response to Plaintiff's second amended complaint at ECF No. 63 within 30 days of the date of this order.

    4. The Clerk of the Court is directed to terminate ECF No. 64 as a pending motion.

Dated:  April 14, 2023

                 DENNIS M. COTA
                  UNITED STATES MAGISTRATE JUDGE