IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>D. BANUELOS, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:19-cv-01683-MCE-DMC (PC)<br><br>**ORDER** |

　　The Court has read and considered Defendants Banuelos, Vang, and Jimenez's request for extension of time to file and serve a response pleading (ECF No. 69).  Good cause appearing, Defendants request for extension of time (ECF No. 69) is hereby GRANTED.

　　The deadline to file and serve a responsive pleading by Defendants Banuelos, Vang, and Jimenez is extended pending determination of Defendants' motion to dismiss (ECF No. 68).  If, following determination of Defendants' motion (ECF No. 68), Plaintiff's second amended complaint (ECF No. 63) remains the operative pleading, Defendants shall file and serve their responsive pleading within thirty days of the issuance of the order making determination that ECF

/ / /

/ / /

/ / /

No. 63 is the operative complaint in this action.  If Plaintiff is granted additional leave to amend his complaint, Defendants shall file and serve their responsive pleading within thirty days of the filing and service of Plaintiff's amended complaint.

IT IS SO ORDERED.

Dated:  May 15, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE