IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS, | No. 2:19-CV-1683-MCE-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| D. BANUELOS, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 71, for an extension of time to file an opposition to Defendants' motion to dismiss. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to a change in housing, Plaintiff's motion is granted. Plaintiff may file an opposition within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: June 6, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE