IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS,<br><br>    Plaintiff,<br><br>    v.<br><br>D. BANUELOS, et al.,<br><br>    Defendants. | No. 2:19-CV-1683-MCE-DMC-P<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 21, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed February 21, 2024, ECF No. 77, are ADOPTED in full.

2. Defendants' motion to dismiss, ECF No. 68, is GRANTED.

3. Plaintiff's due process, retaliation, and state law claims are DISMISSED with prejudice.

4. This action shall proceed on the second amended complaint on Plaintiff's Eighth Amendment excessive force claims against Defendants Banuelos, Jimenez, and Vang arising from the November 3, 2015, incident.

5. Defendants Haynie, Baker, and Peterson are DISMISSED with prejudice.

6. Defendants Banuelos, Jiminez, and Vang shall file an answer to Plaintiff's second amended complaint within 30 days of the date of this order.

7. This action is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:  March 21, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE