IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THEON OWENS,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**BANUELOS, et al.,**<br><br>　　　　　　Defendants. | Case No. 2:19-cv-01683-MCE-DMC (PC)<br><br>**ORDER GRANTING DEFENDANTS'**<br>**MOTION FOR EXTENSION OF TIME** |

　　　Pending before the Court is Defendants' first motion for an extension of time to file an answer (ECF No. 83). Good cause appearing based on counsel's declaration indicating the need for additional time to prepare a thorough review and answer, the motion is GRANTED.

　　　Defendant's deadline to file their answer is extended thirty days, up to and including May 22, 2024.

　　　IT IS SO ORDERED

Dated:  April 26, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order Granting Defs.' Mot. Admin. Relief (Case No. 2:19-cv-01683-MCE-DMC (PC))