IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THEON OWENS,** | Case No. 2:19-cv-01683-MCE-DMC (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF POST-SCREENING EARLY ADR** |
| v. | |
| **BANUELOS, et al.,** | |
| Defendants. | |

   Plaintiff Owens, a former inmate proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' motion to opt out of Post-Screening Early ADR. Good cause appearing, Defendants' motion is granted. The stay of proceedings imposed on June 3, 2024 (ECF No. 86) is lifted.  By separate order, the Court will set a schedule for this litigation.

   IT IS SO ORDERED.

Dated:  August 6, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1