IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THEON OWENS,** | Case No. 2:19-cv-1683-DC-DMC-P |
| Plaintiff, | |
| v. | **ORDER** |
| **BANUELOS, et al.,** | |
| Defendants. | |

Pending before the Court is Defendants' motion to extend by 45 days the deadline to depose two non-party inmate witnesses—Gray and Harris—and to file, if necessary, any motion to compel regarding those non-party depositions. Good cause appearing therefor, the motion is GRANTED. Defendants' deadline to depose the identified two non-party inmate witnesses and to file any motions to compel regarding the non-party depositions is extended 45 days, up to and

///

///

///

///

///

///

1  including, May 22, 2025.  Except as to these depositions, discovery is closed.  Dispositive
2  motions are now due within 120 days of May 22, 2025.
3       IT IS SO ORDERED.
4
5  Dated:  April 8, 2025
6  _____
   DENNIS M. COTA
7  UNITED STATES MAGISTRATE JUDGE